```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

HASON CLEVELAND,

      Plaintiff,

v.                                Civil Action No. 2:19-cv-00736

DEPARTMENT OF CORRECTIONS;
MOUNT OLIVE CORRECTIONAL
COMPLEX; DONALD AMES,
superintendent; BRENDA WARD;
CHERYL CHANDLER; ADMINISTRATIVE
SEGREGATION COMMITTEE; JOHN. C.
YOUNG, investigator; and
SHERRILL SNYDER,

      Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on May 5, 2021 (ECF No. 29); and the magistrate judge having recommended that the court dismiss defendants West Virginia Division of Corrections and Rehabilitation, Mount Olive Correctional Complex, and Administrative Segregation Committee from this civil action because they are not persons suable under 42 U.S.C. § 1983; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the

magistrate judge (ECF No. 29) be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is further ORDERED that Defendants West Virginia Division of Corrections and Rehabilitation ("Department of Corrections"), Mount Olive Correctional Complex, and Administrative Segregation Committee are DISMISSED from this action.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and the United States Magistrate Judge.

ENTER: October 1, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge